NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. EDCV 18-00708 JBG (SPx) |
| Plaintiff, | Judgment for Permanent Injunction |
| v. | |
| Sulakshna Smith, f.k.a. Sulakshna Mohr, | |
| Defendant. | |

    Pursuant to the Stipulation for Entry of Judgment, and all matters properly made part of the record:

    **IT IS ORDERED** that pursuant to 26 U.S.C. §§ 7402 and 7407, Sulakshna Smith, f.k.a. Sulakshna Mohr (Defendant) is PERMANENTLY ENJOINED from the following:

    1.    Assisting in the preparation of federal tax returns that she knows will result in the understatement of any tax liability or the overstatement of federal tax refunds;

2. Preparing federal income tax returns, amended returns, and other related documents and forms for others;

3. Engaging in activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6700, and 6701; and

4. Engaging in conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws and promoting any false tax scheme.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce this injunction and the United States may engage in post-judgment discovery to monitor the compliance of Defendant.

**IT IS FURTHER ORDERED** that this judgment will be the final judgment in this matter, and Defendant waives any and all right to appeal from this judgment.

**IT IS FURTHER ORDERED** that if Defendant violates this judgment she may be subject to civil and criminal sanctions for contempt of court, including imprisonment.

**IT IS SO ORDERED**.

DATED: April 12, 2018

_____
HONORABLE JESUS G. BERNAL
United States District Judge

Respectfully submitted,
NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America